NO. 07-04-0385-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 8, 2004

_____

IN THE MATTER OF THE MARRIAGE OF CESLIE LYN
HERNDON AND BRIAN JACK HERNDON AND IN THE
INTEREST OF ALISSA KAYLYN HERNDON AND
WILLIAM HENRY HERNDON, CHILDREN

_____

FROM THE 294th DISTRICT COURT OF VAN ZANDT COUNTY;

NO. 03-00798; HON. TERESA A. DRUM, PRESIDING

_____

*On Motion to Dismiss*

_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

Brian Jack Herndon, appellant, by and through his attorney, has filed a motion to dismiss this appeal because the parties have fully compromised and settled all issues in dispute and have agreed on a trial court judgment nunc pro tunc. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam